UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

KENNETH RAY DAVIS, *Pro Se,*          )
                                      )
          *Plaintiff,*                )
                                      )
v.                                    )          Case No. 2:08-cv-218
                                      )
MICHAEL J. ASTRUE,                    )          Judge Mattice
Commissioner of Social Security,      )
                                      )
          *Defendant.*                )

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on August 4, 2009 [Court Doc. 15]. Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Defendant's Motion for Summary Judgment [Court Doc. 11] is **DENIED AS MOOT**.

A separate judgment will enter.

          **SO ORDERED** this 26th day of August, 2009.


                                   _____/s/Harry S. Mattice, Jr._____
                                      HARRY S. MATTICE, JR.
                                   UNITED STATES DISTRICT JUDGE